# United States Court of Appeals for the Fifth Circuit

FILED
November 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

United States Court of Appeals
Fifth Circuit
**FILED**
November 20, 2024
Lyle W. Cayce
Clerk

No. 24-50453

Scott Phillip Lewis,

*Plaintiff—Appellant*,

versus

State of Texas; Williamson County, Texas; City of Austin; Big Fish Entertainment, L.L.C.,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-461

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of November 20, 2024, for want of prosecution. The appellant failed to file an Appellant's brief.

No. 24-50453

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

By: _____
      Mary Frances Yeager, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Nov 20, 2024**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 24-50453   Lewis v. State of Texas
                        USDC No. 1:24-CV-461

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686

cc w/encl:
    Mr. Scott Phillip Lewis