# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 7, 2025
Lyle W. Cayce
Clerk

No. 25-50605

Scott Phillip Lewis,

    *Plaintiff—Appellant*,

versus

State of Texas; Williamson County, Texas; City of Austin; Big Fish Entertainment, L.L.C.,

    *Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-461

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of October 7, 2025, for want of prosecution. The appellant failed to timely file a brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT